**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


331 PARTNERS LLC.,

     VS                                     3:23-cv-24769-TKW-ZCB

331 FREEPORT PARTNERS, LLC.

**DECLARATORY JUDGMENT**


Pursuant to and at the direction of the Court, the contract between the parties was valid from the outset and is still in effect. The "trigger notice" was properly sent and timely responded to. The parties are now in the post-inspection period under the contract and the $250,000 earnest money deposit is now "at risk" if Plaintiff does not close. The parties remain obligated to abide by the terms and conditions in the contract.

.

                                      JESSICA J. LYUBLANOVITS,
                                      CLERK OF COURT


 February 5, 2025                         */s/ A'Donna Bridges, Deputy Clerk*